768 A.2d 290

COMMONWEALTH of Pennsylvania, Appellee

v.

Anthony James FIEBIGER, Appellant.

Supreme Court of Pennsylvania.

Argued March 5, 2001.

Decided March 21, 2001.

William H. Difenderfer, H. David Rothman, Pittsburgh, for Anthony James Fiebiger, appellant.

Michael Wayne Streily, James Robert Gilmore, Pittsburgh, Robert A. Graci, Harrisburg, for the Com., appellee.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE and SAYLOR, JJ.

## ORDER

PER CURIAM:

AND NOW, this 21st day of March, 2001, the above case is remanded to the Court of Common Pleas of Allegheny County for a determination of waiver of appellate rights.

Justice NIGRO and Justice NEWMAN did not participate in this matter.